UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN L. FOX,<br><br>Plaintiff,<br><br>v.<br><br>MICHALE J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. C08-1126-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion to Dismiss (Dkt. 14) is GRANTED;

(3) The complaint and this action are DISMISSED without prejudice for failure to serve;

(4) Plaintiff's Motion to Amend Complaint (Dkt. 6), and Motion for Summary Judgment and Sanctions (Dkt. 15) are DENIED as moot.

(5) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 27th day of March, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION – 1